**SANTA PAULA ELEMENTARY SCHOOL DISTRICT, a California Public School District; Anthony Perez, an individual; Dan Robles, an in-**dividual; **Rick Cadman, an individual; Michelle Kolbeck, an individual; Gary Marshall, an individual, Plaintiffs–Appellants,**

v.

**VENTURA COUNTY SCHOOLS SELF-FUDING AUTHORITY, a California Joint Powers Agency, Defendant–Appellee.**

No. 09–56834.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 14, 2011.[*]

Filed Feb. 16, 2011.

David P. Bender, Jr., Esquire, Caroline R. Hurtado, Esquire, David A. Shaneyfelt, Anderson Kill Wood & Bender, P.C., Ventura, CA, for Plaintiffs–Appellants.

Phillip Alden Baker, Esquire, Baker, Keener & Nahra, LLP, Los Angeles, CA, for Defendant–Appellee.

Before: KLEINFELD, LUCERO,[**] and GRABER, Circuit Judges.

MEMORANDUM [***]

Santa Paula Elementary School District does not have standing to sue Ventura County Schools Self–Funding Authority for violations of the Fourteenth Amendment. *See City of S. Lake Tahoe v. Cal. Tahoe Reg'l Planning Agency,* 625 F.2d 231, 233–34 (9th Cir.1980).

The Trustees of the Santa Paula Elementary School District similarly lack

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] The Honorable Carlos F. Lucero, United States Circuit Judge for the Tenth Circuit, sitting by designation.

[***] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

standing to sue for violations of the Fourteenth Amendment because their claims of injury are "official," not "personal," in nature. *See id.* at 235–36.

AFFIRMED.